HOME  FEATURED DANCERS  FEATURED DJs  CONCERTS  BUY  HOTEL  SCHEDULE  PERFORM  VOLUNTEER  CONTACT

CHECK OUT THE WEEKEND CONCERTS LINE UP



BUY TICKETS

WHEN /

July 18 to 21, 2019

WHERE /

San Antonio Marriott Rivercenter

101 Bowie Street
San Antonio, Texas 78205

ABOUT THE EVENT /

8th Annual BIG Salsa Festival in Downtown San Antonio and now at the San Antonio Marriott Rivercenter! Featuring the best artists in Salsa, Bachata, Kizomba, Zouk and more! With concerts and dancing every night and workshops in the day and now with daytime pool parties!



Order #946511558

# BIG Salsa Festival San Antonio

## Child Performer - Full Pass $60.22



San Antonio Marriott Rivercenter, 101 Bowie Street, San Antonio, TX 78205

Thursday, July 18, 2019 at 7:00 PM - Monday, July 22, 2019 at 3:00 AM (CDT)

**Eventbrite Completed**

| Order Information | Name |
|---|---|
| Order #946511558. Ordered by erika guajardo on May 6, 2019 9:57 PM | Caiden Guajardo |

9465115581197483750001

**Event Information:**

There is a ONE-PASS-PER-PERSON policy. All Sales are Final. No Refunds. MUST PRESENT ID AT CHECK IN. Transfer fee of $25 to a new name.

eventbrite

Order #946511558

# BIG Salsa Festival San Antonio

## Parent of Child Performer - FULL PASS $92.12



San Antonio Marriott Rivercenter, 101 Bowie Street, San Antonio, TX 78205

Thursday, July 18, 2019 at 7:00 PM - Monday, July 22, 2019 at 3:00 AM (CDT)

**Eventbrite Completed**

Order Information

Order #946511558. Ordered by erika guajardo on May 6, 2019 9:57 PM

Name

Erika Guajardo



9465115581197483751001

**Event Information:**

There is a ONE-PASS-PER-PERSON policy. All Sales are Final. No Refunds. MUST PRESENT ID AT CHECK IN. Transfer fee of $25 to a new name.

**Do you organize events?**
Start selling in minutes with Eventbrite!
www.eventbrite.com

HOME   FEATURED DANCERS   FEATURED DJs   CONCERTS   BUY   HOTEL   SCHEDULE   PERFORM   VOLUNTEER   CONTACT

# EVENT SCHEDULE

Check back often as schedule may change at any time without prior notice.

| THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|
| 6PM Registration Opens | 11AM Dodge Ball Tournament | 12pm Registration Opens | 12pm Registration Opens |
| 7pm-9pm Workshops | 12pm Registration Opens | 1pm-5pm Workshops | 1pm-5pm Workshops |
| 10pm Dance Shows | 1pm-5pm Workshops | 3pm-5pm Tech Rehearsal | 3pm-5pm Tech Rehearsal |
| 11pm Concert | 3pm-5pm Tech Rehearsal | 9pm Dance Shows | 9pm Dance Shows |
| 11pm DJ Bachata and Kizouk Room Opens | 9pm Dance Shows | 11:30pm Concert starts | 11:30pm Concert starts |
| 1am DJ Salsa Room Opens | 11:30pm Concert starts | 11pm DJ Bachata and Kizouk Room Opens | 11pm DJ Bachata and Kizouk Room Opens |
| 3AM Registration Closed | 11pm DJ Bachata and Kizouk Room Opens | 1am DJ Salsa Room Opens | 1am DJ Salsa Room Opens |
| | 1am DJ Salsa Room Opens | 4am Silent Sunrise Party on Terrance | 3AM Registration Closed |
| | 4am Silent Sunrise Party on Terrance | 5AM Registration Closed | |
| | 5AM Registration Closed | | |

# PARTIES

NEW Pool Parties & Terrance Sunrise Party